**SEALED**  FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEP 0 2 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § | **I N D I C T M E N T** |
| | § | Ct 1: 18 U.S.C. § 922(n); Illegal Receipt of a Firearm by a Person under Indictment; |
| VS. | § § § | Ct 2: 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm |
| ALEXANDER EMMANUEL RIOS (1) TIMOTHY LERUE WILLIAMS (2) Defendants. | § § § § | |

SA20CR0396 JKP

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 922(n)]

That on or about May 24, 2020, in the Western District of Texas, Defendant,

**ALEXANDER EMMANUEL RIOS**

knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year did willfully receive a firearm, that is a Glock Model 17Gen4, .9mm semi-automatic pistol, Serial No: PPN518, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, U.S.C. Sections 922(n) and 924(a)(1)(D).

## COUNT TWO
[18 U.S.C. § 922(g)(1)]

That on or about May 24, 2020, in the Western District of Texas, Defendant,

**TIMOTHY LERUE WILLIAMS**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock Model 26, .9mm pistol, Serial No: LVS698, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* **Fed. R. Crim. P. 32.2**]

This Notice of Demand for Forfeiture includes, but is not limited to, the property listed in Paragraph II below.

### I.

### Firearm Violations and Forfeiture Statutes

[Title 18 U.S.C. §§ 922(n) and (g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

**Title 18 U.S.C. § 924. Penalties**

> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, or . . . section 924, or willful violation of any other provision of this chapter. . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

## II.
## Properties

1. Glock Model 17Gen4, .9mm semi-automatic pistol, Serial No: PPN518;
2. Glock Model 26, .9mm pistol, Serial No: LVS698; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: JOSEPH T. LO GALBO
Assistant United States Attorney

3